**CHONG SU YI, And People of Similarly Situated.,
Plaintiff-Appellant,**

v.

**ARCHDIOCESE OF NEW ORLEANS,
Defendant-Appellee.**

No. 16-1719

United States Court of Appeals,
Fourth Circuit.

Submitted: December 15, 2016

Decided: December 19, 2016

Chong Su Yi, Appellant Pro Se.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chong Su Yi appeals the district court's orders dismissing his complaint under 28 U.S.C. § 1915(e)(2) (2012) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we modify the district court's dismissal order to show that it is without prejudice and affirm as modified for the reasons stated by the district court. Yi v. Archdiocese of New Orleans, No. 8:16-cv-01073-TDC (D. Md. Apr. 22 & May 31, 2016); see also Nagy v. FMC Butner, 376 F.3d 252, 258 (4th Cir. 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED